CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 1 3 2007
JOHN F. CORCORAN, CLERK
BY: /s/ J. Bralt
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOSEPH BOWLER,** | ) |
| Plaintiff, | ) Civil Action No. 7:07-cv-00288 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **WARDEN TRACY S. RAY, et al.,** | ) By: Hon. James C. Turk |
| Defendants. | ) Senior United States District Judge |
| | ) |

In accordance with the memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's motion for in forma pauperis status shall be and hereby is **DENIED,** pursuant to 28 U.S.C. §1915(g); and this civil rights action, pursuant to 42 U.S.C. § 1983, is hereby **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 13th day of June, 2007.

/s/ James C. Turk
Senior United States District Judge